**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| DANIEL L. HEATH, | : No. 109 WAL 2017 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| GEORGE D. DELLICH AND MARY ANN | : |
| DELLICH, | : |
| | : |
| Petitioners | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.